**ERIC H. SCHWEITZER #179776**
**ANNIE L. DAVIDIAN #252644**
**REAL LAWYERS AT AFFORDABLE PRICES**™
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 441-0441
FAX (559) 233-6947

Attorney for Defendant: **GAENEY WILLMORE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: **1:08-cr-00374 OWW** |
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE AND ORDER** |
| **GAENEY WILLMORE,** | |
| Defendant. | |

I, GAENEY WILLMORE, Defendant herein waive my right to personal appearance at all hearings, save and except trial and any other appearances that may be deemed necessary and ordered by the Court.

DATED: December 15, 2008.

                                          /S/ GAENEY WILLMORE
                                         GAENEY WILLMORE, Defendant.

<pre>                              **********
</pre>

# O R D E R

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, GAENEY WILLMORE, is hereby excused from appearing, except as otherwise ordered by the Court.

IT IS SO ORDERED.

**Dated:  December 15, 2008**               **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE