LAWRENCE G. BROWN
Acting United States Attorney
KEVIN P. ROONEY, AUSA
Robert E. Coyle Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00374 OWW |
| Plaintiff, | STIPULATION TO CONTINUE CASE FOR STATUS CONFERENCE |
| v. | |
| PERRY WILLMORE, et al., | DATE:   March 9, 2009<br>TIME:    9:00 a.m.<br>PLACE: Courtroom 3 |
| Defendants. | Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing presently set for a status conference on March 9, 2009 at 9:00 a.m. is continued to April 27, 2009, at 9:00 a.m., before the Honorable Oliver W. Wanger, Courtroom 3, and time is ordered excluded for Speedy Trial Act purposes pursuant to 18 U.S.C. § 3161 in the interest of justice and to enable the parties to conduct discovery and to negotiate a disposition.

IT IS SO ORDERED.

Dated:   February 26, 2009              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE