**ERIC H. SCHWEITZER #179766**
**ANNIE L. DAVIDIAN #252644**
**REAL LAWYERS AT AFFORDABLE PRICES**™
2333 MERCED STREET
FRESNO, CA 93721
PHONE: (559) 441-0441
FAX:   (559) 233-6947

ATTORNEYS FOR: **GAENEY WILLMORE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-cr-00374 OWW |
|---|---|
| Plaintiff, | |
| vs. | **APPLICATION FOR ORDER FOR EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |
| GAENEY WILLMORE, | |
| Defendant. | |

**COMES NOW** Defendant, GAENEY WILLMORE, by and through her attorney of record, Eric H. Schweitzer, and moves this Honorable Court for an Order exonerating the bond and a reconveyance of the real property in the above-captioned case.

On December 10, 2008, a real property bond and a promissory note was delivered to the Honorable Court which was received by the Court under No.: 2008-0612701. (Docket Entry # 31).

On December 7, 2009, the indictment filed against Mrs. Willmore was dismissed on Government's Motion. (Docket Entry # 98.) Subsequently, the remaining defendants were sentenced and the matter was resolved.

Therefore, it is respectfully requested of the Honorable Court to exonerate the bond and reconvey title to the real property securing said bond.

Dated: April 23, 2010.                Respectfully submitted,
                                       REAL LAWYERS AT AFFORDABLE PRICES™


                                        /s/ ERIC H. SCHWEITZER
                                       ERIC H. SCHWEITZER,
                                       Attorney for Defendant,
                                       GAENEY WILLMORE.


**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the property bond posted and secured (Deed of Trust Document #2008-0612701) be exonerated and reconveyed back to the posting party.

IT IS SO ORDERED.

**Dated:   April 27, 2010**             /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE